Pg -1- *Marken* all herein for further legal persuits washington, D.C. Justice Dept. & other

## FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
### UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 17 2012

CHRIS R. JOHNSON, CLERK

BY _____ DEPUTY CLERK

Jury Trial: ☑ Yes ☐ No
(Check One)

CASE NO. *12-6070*

I.     Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

Name of plaintiff: *Mark Randell Davis*
ADC # *096353* — *Bks. Hospice - Hotel = H-30*
Address: *Ouachita River Unit, P.O. Box 1630, 100 Walco-Lane, Malvern, Ark. 72104 - 1630*       *O.R.U.*

Name of plaintiff: _____
ADC # _____        *Ph. (501) - 467 - 3400 = O.R.U.*
                    *Ph. (501) - 337 - 8071 = O.R.U. Hospital  ADC*
Address: _____

Name of plaintiff: *Fax: (501) - 467 - 3429 = O.R.U. (ADC)*
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

① *ADA & const. R.*  B.
*For Civil charges*
*& For Criminal Indict-*
*-ment For Attempted*
*Murder*

Name of defendant: *Debra Clyde, M.D.  "Doctor" ADC*

Position: *ADC  O.R.U. Doctor, AKA: Dr. Death - Kevorkian*

Place of employment: *ADC, O.R.U., P.O. Box 1630, 100 Walco Lane, Malvern, Ark. 72104 - 1630     Same Ph. #(s) as above*
Address: _____

② Name of defendant: *APN - Ms. Amy  West*

Position: *D.O.N., APN, = Director Of Nurses*

Place of employment: *ADC, O.R.U., P.O. Box 1630, 100 Walco Lane, Malvern, Ark. 72104 - 1630*

③ *Teresia Farial, Nurse, O.R.U. (ADC) Same Address & Ph.# Above*
③-A = *Marybeth Floyd, Reginal Director of Nurses, O.R.U., ADC, Same Address*
④ *Dr.— Atiq or _____, Chemo Director, A.C.I. = Ark. Cancer Institute, 7200 South Hazel, Pine Bluff, Ark. 71603  Ph. 870-575-0695, FX: 870-535-1682  www.arkansascancerinstitute.com*

-1-

pg-2

Address: _Same as all the Above_

(5) Name of defendant: _Juanita D. Stell_
ADC - Corizon (CMS) Health services Administrator at ORU
Position: ~~& Priorly violater at EARU 2010~~ & DEU 2010-11
ADC-O.R.U = Ouachita River Unit, P.O. Box 1600, 100 Walco Lane,
Place of employment: _Malvern, Ark. 72104 - 1630_
ORU Hospital Ph.(501) 337 - 8071  Extension 8084
Address: _Unit Ph.# (501) 467-3400    Fx:(501) 467-3429_

(6) John Doe (s)    Name of defendant: _Wendy Kelley = "Violator since about 2003-04-up_
Jane Doe (s)
Director (s) for → Position: _Deputy Director for Health & Correctional Programs_
ADC central office, ADC - Corizon - (CMS), P.O. Box 8707
Place of employment: _Pine Bluff, Ark. 71611_
Ph.(870) 267 - 6361 , Fax:(870) 267-6363  wendy.kelley@arkansas.gov
ADC central office Address: (Regional Director) (Regional Medical Directors or officer for Corizon CMS
Defendant : (Craig Peters) (Charlotte Gardner, John & Jane Doe(s)) →
II.    Are you suing the defendants in: ( Corizon (CMS) for ADC →
6814 Princeton Pike →
Pine Bluff, Ark. 71602 ) for et als
See Attached
Pg.s = 2-A, 2-B →
2-C
etc

☐    official capacity only
☐    personal capacity only
☑    both official and personal capacity

III.    Previous lawsuits

A    Have you begun other lawsuits in state or federal court dealing with the same    facts
involved in this action?
ADC
EARU cms staff, et als
& other
Yes _    No _  Partly - 2009-10 = But severe CANCER Symptoms
And to Fed. Att.s For ADA & Civ. Rights, U.S. Justice Dept. Wash, D.C.
B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more
than one lawsuit, describe the additional lawsuits on another piece of paper, using the
same outline.)

☐    Parties to the previous lawsuit:

Plaintiffs: _Mark R. Davis # 096353_  ADC

Defendants: _Wendy Kelley, Benard Williams, ( Warden Mr. Maples )_

Asst. warden = Danny Burl            , DON, Mr. Kingsland, et als

☑    Court (if federal court, name the district; if state court, name the county):
_Fed. U.S. Dist. Ct. Eastern Ark._

- 2 -

Pg-2-A

Defendants Continued:

⑦ Name of Defendant : <u>Craig Peters</u>

Position : <u>Reginal Director for Medical Services</u> <u>Corizon ± cms</u>   For A.D.C.

Place of Employment : For ADC — Corizon ± CMS

Address : 6814 Princeton Pike
Pine Bluff, Ark. 71602

{ No Ph.# shown
nor given me!
( A ADC
( central office )

⑧ Defendant
Name : <u>Charlotte Gardner</u> of Corizon ± CMS

Position : <u>Reginal Medical Grievance officer for</u>
<u>Corizon - cms</u>

Place ± Corizon - cms
Address : 6814 Princeton Pike
Pine Bluff, Ark. 71602

( No Ph.# Given me! )
( A ADC
central office )

⑨ Defendant (s) : ? <u>John Doe</u> (s), <u>Jane Doe</u> (s) ?

Position : <u>Director</u> (s) of Corizon - CMS

Address : ? _____

_____

_____

⑩ Defendant : <u>Dorthy (Dotty) Yarbrough</u> prior CMS ± Corizon

Position : Assistant : <u>? Director Deputy under Wendy Kelley</u> CMS - Corizon Health Services

Address : was at ADC Central Office (s) listed Above
Check with Defendants of Corizon above ± below

Also
10-A-
B-C-D-
E-F-G-
H-I
Defendants = ± ADC Director's ⓐRay Hobbs ⓑBenny Magnas, ©Larry
May, ⓓMarvin Evens Ⓔ Grant Harris Ⓕ Benny Magnas (s)
→ replacement ±ⓐ John or ⓑ Jane Doe (s) ©any others,

⑪ and any other (s) <sup>Later</sup> new arrivals of ADC officials ±
Corizon - cms (other) medical staffs determined to
maliciously (evil intents) continue the ADA Discriminations,
Hate Crimes, Racism, ADA ± us. Constitutional violations. ⟶
see pg 2 - B ⟶

2 - A

<u>Defendants Continued</u> :

2 - 8

(12) Defendant : Ms. _____ Lockhart

Position : <u>Schedular</u> for Medical Run(s) Transportation
for Corizon CMS

Address : Temporaraly at ADC O.R.U. but from
6/u - Grimes Unit ADC - Newport, Ark.

(13) Defendant : Ms. _____ House

Position : Schedular for Corizon-cms Medical Runs Transportation

Address: O.R.U.[ADC], P.O. Box 1600, Malvern, Ark. 72104-1630

Defendants
(14) O.R.U. Wardens : Mr. _____ <u>Reid</u> = Head Warden ;
(15) Assistant Warden Mr. _____ <u>Golden</u> (chief Dept. Warden)
(16) Assistant Warden Mr. <u>Jeremy Andrews</u>

(17) Defendant (s) : CO I Ms. ____ <u>McAffee</u> , O.R.U.
(18) Nurse Ms. ____ <u>Height</u>, O.R.U. - Chronic Care then Sick Calls
(19) Nurse Ms. Lacy <u>Holly</u>, O.R.U. - Chronic Care
(20) Nurse Ms. _____ Paul - Pill issue ing - Pill Window (calls)
(21) Nurse <u>Jane Doe</u> (s) - Pill calls
(22) C.A. Ms. _____ <u>Mason</u>          O.R.U.[All] - ADC

(23) Ms. _____ Golden - ADC          Diatrition
(24) CO ____ Ms. _____ Barkley          All
(25) Sgt. Mr. _____ Clark          O.R.U [ADC]
(26) Co II Mr. _____ Mahan
(27) Sgt. Mr. _____ Melugin
(28) Mr. Robinson [Mason] Classification
(29) Nurse Ms. Huff = Pill calls          O.R.U [Hospital &]
(30) Ms. _____ Burns = Kitchen Supervisor for H-Bks
(31) SGt. ____ Holmes = Laundry - Property
(32) CO II _____ Scmitt
(33) Nurse ns Paula Lais - Pill calls - window
(34) Nurse Ms. _____ Smith Pill window
(35) Major McHann - Chief ORU Security

pg-2-c

**Defendants Continued**

36. CO II Mr. _____ Frisby ORU
37. Dr. Mr. _____ Person — ADC Central Office
38. Dr. Rowland Anderson — ADC Central Office
39. Lt. Mrs. Glover O.R.U.
39. Cpt. Mr. _____ Couch ORU,
40. Cpt. Mr. _____ King ORU,
41. Sgt. Buddy Earnisty — O.R.U. Transportation
42. Lt. Mr. _____ Ott
43. Lt. Ms. _____ Swoop ORU
44. Cpt. Ms. _____ Straugn
45. Sgt. Mr. _____ Burrow — Problem Solver
46. Lt. Mr. _____ Crosby
47. Ms. Jacqueline Roberson — Law Library ORU
48. CO Mr. _____ Williams
49. CO Mr. _____ Tidwell
50. CO II Mr. _____ Stapleton All ORU
51. Sgt. Ms. _____ Mitchell
52. Sgt. Ms. Dana Hiedie — Intake & Problem Solver
53. Sgt. Mr. _____ Weite
54. Mr. _____ Jones — ORU Mental Health
55. Ms _____ Buckner ORU Mental Health
56. Jane & John Doe (s) ORU Mental Health
57. Any & All New Arivals O.R.U. ADC that Continue ADA & U.S. Constitutial Rights Violations — AOA Discriminations — Racial Discriminations — Hate Crimes against ADA & Racial Minority (M.R.D.) — Attempted Murder on Plaintiff ADA, & Racial Minority, & Civ. Rights & ADA Advocate & Litigator (M.R.D.), & Retaliations against Plaintiff ADA — civ. R. Litigator & Advocate = Any & All New Arivals Violators & Conspiritors (Fraud) & Continuing conspiracies — ongoingly ——— John Doe (s) & Jane Doe (s)

Temporaraly Completed but not limited to;
   see for later — Now temporary & for mitigating accumaltive — casual corections purposes — violations —        2 - c

Mark R. Davis 96353

Mark R. Davis

05 - 13 - 2012 Sunday
1 PM
CANCER & still very Sick — Iflamation Sinuses Flu — ek

Pg - 2 - A

Defendants Continued; ORU ADC & pros Units

For belated Law suit purposes (posibilities) due:
For Cs, to retain jurisdiction (leave of stay posibilities)

① Not limited to violations on only [Injunction] At this time only
this law suit §1983, & ADA, & Racial Discrim.

② Exasperated by other conditions later - violations - customs -
Policies - practices common Practices - laws - As
casual conections = links = mitigating Evidences of
incidents = many thereof - Superior (s) Liability &
malicious intent not to correct ongoing violations
& cover ups - smoke screens - exaggerated replies
& responses - ordered violations - Lack of just
trainings - supervision (as at Terrorist camps) - Lack of
medical Staff (s) - Lack of Security officers & total
lack of presence = Dangers - Hazards - Risks - Contempt
(malicious) for ADA & U.S. Const. Rights & Advocates - Litigators -
Hate crimes on both ADA & Race & Litigators casual links -
total wanton of no knowledge of ADA laws & supervison
unto lack of care - security & medical care for
ADA (s) = Lack of interest therefor & Lack of due care
wantonly & malicious intent (s) to purposefully inflict
injury (serious) - lingering deaths - torture - pain -
sufferings - mental stress - Anguish unto Anxiety Attacks
dangers - hi Blood presure Dangers - LTS dangers - Cancer
stressed EXASPERATED = (malicious intents to pre-
meditated Murder (s) Attempts (as in WAR CRIMES &
As Adolf Hitler's Final Solution - Communist Joseph
Stolin's - Carl Marx's - etc, - Solutions) = kill - em off =
All ADA disabled - undesirables = Myriads of Violations:
http://www.wrongfuldeathinstitute.com/links/Prisonframe.htm Compaire for later use
but mitigating
support for herein!

1. ADC ORU unit - Malvern, Ark, = approx. 14 inmate deaths in
approx. 3 wks; to 6 wks; by 3 mo.s approx. 21 inmates
deaths = unpresidented = lack of medical care - lack of unit
conditions

2. Many severed limbs, torture, lack pain meds,
lack of life saving meds such as high blood presure →

— 2 — A —                    →

Pg/2-B

struggles to save lives —————— Fending for Selves —

→meds, seizure meds, etc.— maliciously confiscated upon O.R.U. arrival — intake & maliciously withheld unto (I)(MRO) (others)(ADAs) having to help & assist would be die-ing ADA inmates & lack of life saving meds & physical care by ADAs (to) rendered to other ADA(s). (Unconstit.al)
cms - Corizon - ADC policies - customs - orders

superiors

3. , Sgt. Ms. _____ Hiedie per Sgt. Mr. _____ Melugin, et als,
Defendants later orders

O.R.U. Intake O.R.U. arrival 01-27-2012 Friday per→ defendants Warden Mr. Reid, J. Andrews, Lt. Mr. Crosby, Sgt. Mr. _____ Holmes of laundry, et als, malicious confiscations life saving medications ADA issued cloths — chap stic — ortho devices (tennis ball-etc), socks, caps & dear outside yard,
Robert Beasley

tobaggons, canvas shoes, socks - christmas gifts, fingernail clippers indigent issue, T. Shirts, (store bought), clean whites cloths for Cancer treat(s) ACI medical runs, ADA issues, ADA purposes issued thermals, laundry bag, toilet tissue, (Same done at N.C.U.) = ADA purposes = Colon Cancer, irritable Bowel Syndrome, Diverticulitis etc ADA purposes, ADA purposed issued insoles 1/4" (scripted) per Dr. R. Anderson & refuse to reissue, Refuse to return or re supply,

Legal — Addresses, writ paper or typing paper law library legal issued, = along with legal manela envelopes already legal marked & with legal gov. & Att.s & Cr.s addressed on the Manela & white envelopes retalitively maliciously confiscated & Sgt. Ms. — Hiedie remarks "I hate You" due to legal works — Indian race symboles & culture materials = Hate Crimes — "I dont like people like your kind" = "Yours a trouble maker as I can see"
for civ. ADA Rights Litigator. I (we)

I (we) ought to lock you up" = (as NCU did at intake) (4) (as did EARU & ADA related) = per say: Sgt. Mr. Melugin, per orders: Superiors = Warden Mr. _____ Reid, Mr. Jeremy
4. Andrews = who also had = (ADA) me locked up at EARU ADA reasons
2009

(as at NCU Intake also = ADA reasons locked up) (& Racial Discrim) & who having living areas Floor electric buffings
Hate Crimes

EXASPERATING existing serious health problems & unto Seven Presisting Sinus Infection(s) unto Chronic Bronchial Asthma & blockage unto Influenza = etc: = deadly Risks = & refuse to correct these violations not inflicted on healthy inmates in other Bk.s(s) !!! why only on the most sickly H-Blks inmates if not to Murder !!! →

— 2 - B —

Pg-2-C

and their successors — later arrivals

5. Contempt + Hate for ADA's"; on the way to Chow hall: Mjr. McMann (superior) wardens + Cpts + Lt. + Sgt.s superiors instigations: Attacking ADA(s) = Sgt. Melugin mjr Disciplinary (S) for inmate pushing John Nash (51ᵗʰᵈⁱˢ). in wheelchair due Heart disease + confined to wheelchair, Co II mr. ___ Scmitt + Co(s) ___ took mr. Fryar's cain + Scmitt + Co Griffin ADA purposes attack me 02-09-12 Thurs 10:05 PM Hospital control — threats + intimidations — grieu. wrote = Targeting ADAs,

6. Co II ___ Scmitt + Co ᴹᴿ Grifin then 02-10-12 Fri. had me kept awake all night, (Level 3 cancer + Radiation treatis Cancer Insti. (ACI's etc.) program for lots of rest to survive cancer — Contempt For ADA (me));", + kept threats of lock up or hold me in holding cell 2AM to 7:30 AM ACI run — transportation + this repeated + by trickery(s) (fraud) by CoII mr. ___ Stappleton by Co Tidwell per Cpt. Straugn + Sgt. Mitchell, Sgt. ᴺᵐⁱⁿⁱⁿˢᵗⁱᵍᵃᵗᵒʳ CLARK several times, Lt. Glover, Co II Mr. ___ FRISBY many times, Cpts Couch, Cpt. King, Co. ms. Barkley, Co Williams, Co Purifox + (Scmitt again)(+ again) Co II Mr. ___ Mahan , Sgt. ___ Elmore, Sgt. ___ Holmes, Sgt. mr. Burrow, Co ms ___ Gannaway, per Supervisors + ADC ORU Policy + Customs override common sense Doctrin + ADA + Const. laws + ACI + CANCER Institutes + U.S. H.H.S., Health Dept.(S), + Societies, Science, recomendations to survive Cancer "(horror(s))" after being Shown same materials + laws (Grieu.s written) how weak emune by lack sleep (rest)(+ Nutrition) almost sure death (MURDER) when such Treats — Vicious attacks (on ADA) consistantly + unrepented REPEATEDLY for many days + nights while contempts + ignoring laws + recommendations + med. staffs orders — superiors customs + Policies relied on to inflict these sure (facts) deadly attacks Knowingly (advised)(+ complained) to Attempt to Murder Me by weakening + exhausting my (ADA) EMUNE.
{ ᵛⁱᵒˡᵃᵗⁱᵒⁿ'ˢ Not limited to this by far --- Many incidents Noted ! }

7. and having to medically (+ security) fend for myself (+ help of others ADA inmates) by ADC Rules Violations + traffic + trading violation in order to obtain a few foods I can, "(Cancer - Diverticulitis - Irritable Bowel Syndrome - etc - ulcers - etc-), tollerate + that has nutrition due 24x7 ongoing incidents Violations + deny Med. scripts - etc — →→

2 - C

Pg. D
2-D

*their successors - later arivals*

and may have very well procured, (succeeded) as Easter & [malicious & knowing intent] CHATMAN [Died] & others (Cancers [Death's Row]), my death (Murder) = Defendants; Debra Golden ADC Dietrition, X-cpt.of kitchen OGU — ORU Ms. Christal Burns, Dr. Debra Clyde (AKA Dr. Death - Korvatkian) or A. Hitler) as I'm sick with Sinus infection serious breathing problems (also exasperated by floor buffing electricly in living area not done to healthy inmates) (& Sewage in Air & on floors — Environmental Hazards); (Contempt for Cancer Survival); D.O.N, APN Amy West, Reginal D.O.N. APN Marrybeth Floyd wife of defendant Asst. Warden Jeremy Andrews BOTH also liable at EARU 2009 — 2011 = their 2nd chance on my life at ORU; Juanita Stell, et als, False violative claim (block ADA Program & Hate Crimes) that:

① APN Wade Simmons no longer works at ORU, (is & was a lie - he was just here) so his valid med. script for 2 H&S snacks compliance to Cancer Institue - etc - Cancer survidal & treat. of 5 to 6 meals a day so not to cause severe pain on Cancer tumor,

② ADC Policy forbids 2 H & S snacks (& Peanut butter to Cancer) Custom — Common Practice — Policy ADC — cms — corizon

③ & custom — common practice & ADC Policy [cms & corizon] to deny specific tolerable food groups nutrition & 8oz. juice (s) at breakfast much less during days
& cant bring food out of chow halls so to have 5 to 6 meals a day

there for, I (we) got to fend for self & eet lots of unhealthy — fetning Starches — weak Emune again — Vulnerable to diseases & stress & attacks. (Risks)!

④ As well as schemed to deny (Nutsition) by ENSURE as Dr. Mr._____ Mckinney recently declared by Nurse Ms. Pam Armister was (manditory) Automatic issue to CANCER Patients yet denied for many yrs & Mo. (s) — — — malicious intent to Murder (again) (harm) by withholding life survival med. materials as done to Easter, Chatman, others, dispite manditory & H&H.S, etc. - recommendations !!! Nurses: Ms. Paula Lair, B. Howard,

P/E
2

inmates evacuations — patients cont.
& their successors — later arrivals

Ms Paul, Ms. ___ Sellers, Claiming Costs $ too much & recent (embezzel - Distortions) thefts of 48 cases, 17 cases, 3 cases, etc. - of ENSURE --- they had to cut me <u>(us)</u> off <u>ENSURE</u> & many times disrupted Cancer recomended treatments that were automatic & or manditory & dispite showing proofs in Cancer literature — survival. & gross amounts of uneatable processed foods & canned foods & drinks — unhealth meals. Mostly Soy meals uneatable by ADA stomach colon cancer as info! Shown.

8. • over crowded — lack of space for walkers & wheelchairs in Bks, in Cubicels, Rooms, & bathrooms Eating - chow room H-Bks!

9. Lack of proper ADA hand rails in ADA showers, commodes, utinals, water founting (eat) food tables dinning tables & no ADA water fountin in H-Bks.

10. Torn up diseased & foul smelling of sewage bed mattsesses & Pillows (& cloths) to ADA med. Inmates so to futher intent to Exasperate serious ADA health problems = Dangers — Risks— Hazards — Bio-Hazards! exposures & no correcting by med. or ADC staffs!

11. No Sgt. Room more disinfectant soap for ADA Bks, H-Bks until crediation & money arives = Fed Funds — futher hazards exposures & dispite focus on commodes = toilets & ADA rails — etc — & Boils (staff) in showers & on sinks & O.R.y. opened too soon not ready to accomidate AD A(s)! & deny me a room by toilet to accomidate cancer & stomach problems & subjecting me to many environmental hazards & Pollutants = Dangers & Risks & got infections & contaminated already & have not yet had surgery nor full chemo yet allow healthyier non-griev. writing inmates to have rooms — discrim. misappropriations.

12. No T.B. Lights

13. Inadiquate — meaningless sick calls (#any) & chronic cares. Nurse Ms. Height & Lacy Holley!

2 - E

Pg-
2-F

*for later

14.    Dr. D. Clyde (futher mitigating evid.) *Attempted Murder* 1-10-12
declare for me (Cancer) not to take Fiber nor
Meta-Fiber — thats proven to help prevent
Cancer & part of Cancer susvival (Murder By
Medical Neglect or Medical Murder) & Denied
requested Vitamins & Ensure dispite info. Shown
& ACI Specialist Dr, s recomendations =! Dr. D,
Clyde declared she dont care what ACI Dr, want
or prescribe — — — such as lotion, Nutrition, suplments —
etc, .'

15.    Deny renewing scripts while doing so for others

16.    Deny wheelchair & 4 wheel walker dispite falls & weakness

17.    Deny plastic shades dispite seeing colored spots (others got)

18.    Placing Mental ill & unsanitary — Harris, — wong, —
Smith, etc - into H-Bics & not care for them &
I (we) had to assist (med) them & each other —
lack of med. staff & security staff & lack of training
& under paid & denied pay — saleries why many nurses
quite such as experienced Nurse Ms. Pam Armister
who could & did help professonally but could not get
ADC — corizon to pay her expensis .

19.    ADA — Im 10' from bathroom sewage in air &
bio - hazards & floods to my Rk, area of
shower water & raw sewage yet denied a (safe)
room by toilet easily accessed & sanitary conditions,

20.    Sewage Plant break downs (& plumbing wrong) — *purp    cpt. king - etc*
Raw Sewage Back ups & foul Air & all med,
side of ORu & toilets spill overs & once
remained on floor for approx. 18 hrs & I (we)
not evacuated from Raw Sewage Spill overs,

21.    No outside Sun — etc. — recreation for ADA's

                            ——→

                    2 - F

P4

-2-6-

H-Bks & ORu Hospital but all others receive yrd.

22. No ADA levers on comoder toilets just buttons.

23. ADA Showers hand held stay torn up & no water presure

24. ORu Hospital beds (in rooms) only inches from (comodes) toilets

25. ADA's cubicels beds only 6" etc. from each other & 1 sq' + lack of space for ADA's,— dangers & falls & injuries & deaths (D. Fain) by falls & I fallen twice Hotel Rk 2 down stairs (housed) celled with (Robet) Cummings

26. Room enough for only one wheel chair at a time  (H-Bks)

27. H-Bks milk is rationed but not to all other ORu Bks populations & H-Bks rationed Juice to hi-Pso (S) & ADA's worst of illness need it most (intent harm)

28. H-Bks (priorly) laundry only once every 2 wks yet ADAs need it most often = Sgt. Holmes,—et als  (beding)

29. ORu concrete & Roofed Box 32' x 32' all units Pollutants from exhausts on top of roof settles in the unconst. box called yrd where all other populatons have outside (sun)(-etc) yrd (s) & activites & ADA most ill needs it most.  (yrd)

30. Loud TV (s) H-Bks (most ill) & little room but silent TV (s) by headphones other Bks quiter.

31. Other Populations receive more adiquate sick calls, Dr. calls, chronic cares & OPM meds where most ill ADAs of H-Bks dont

32. H-Bks filthy trays & cups — Punitve Iso. Trays bulky & foul polluted water traped inside but populaton gets clean trays & cups — regular trays.

2 - 6

P9-

2-H

Incidents & Defendants for later

33. ORU Med. Unit & Hospital overall designed to
Kill & harm ADA inmates = (& Tortuous)
ADC

34. No Shower Curtains & floods floors most
of days & nights of Staff — & Bio-Hazards stand
on floors each shower = water stays puddeled up.

35. ADA(s) seriously sick held in holding cells for
hours at a time dispite dieing & very sick

36. ADA's H-BKs & Hospital denied choice Religious Services.

37. No on & off ADA valves on sinks

38. No T.B. lights

39. Physical Bldg. Structure cracking up  Earthquake Vulnerable (Yet New)

40. Sewage worms, Notes, Flies from Raw Sewage
from drains & Insects — Brown Recluses — etc. —
Lack spraying (3).

41. Bio-Hazard contaminated clothes placed & washed with Lack Bio-hazard-
others clothes

42. No Floor Matts for Showers & bathroom wet
floors & several falls & injuries such as to
Luke Strothers — etc, & I fallen once recently there.

43. Globel (Soy) on diets many times & lack
of real Foods such as eggs, Potatoes, etc —

44. Real eggs only on certain diet trays 2200 cal.
& not on other diet trays such as Hi Pro — Cal

45. No way to Sanitize & hose down contaminated
Showers

45. Air vents blow backwards at times & send
in Sewage some how.

2 — H          ⟶

pg-
2-I

05-19-12 gen. Incidents & Defendants — for later

46. ADA's' Blks difficulty getting problem solvers
& Notory Public Service & legal services

47. ADA's' denied access to library & law library

48. ADA's' denied law library time by ADc
Staff Ms. Roberson — et als.

49. ADA's' Food trays deserts gets smashed where
all populations dont

50. ADA's' lack recovery rehabilitation theapys!
Such as Robert Beasly stroke Nov. 2011 No help yet!

51. Unanswered med. requests & sick calls &
Dr.'s requests & helps For ADA's'! why?

52. Denied ADA's needed Specialts & perscriptions &
recomendetions denied.

53. No Cancer Rehabilitation Center Access

54. Faulty X-Ray Machines & tests unsreliable
& deadly consiquences

55. ADA Vietnam War Era vets targeted & killed

56. Insulin Brand changed to non-working Brand
resulting eye loss — etc.—.

57. Untimely — unreliable pill calls & lack OPM s

58. Med. Requests & Notes Trashed

59. ADA Vans dangers — rough too — & not others

60. Lack of ADA Cancer pain meds — misappropreated ~Discrimn

61. Lack of MRI etc. — med. follow —ups
62. ADA, med. co-pay charges for chronic cares & not others
63. Lack CNA's for ADA's                    Violations not limited to this!
64. Lack Mental Health PTSD — etc. 2 — I    Mark R. Dow  96353  05-13-12 sun.

Pg-3

*Subversive*
Murder for hire — 4:9-cv-04060 HFB Judge Beverly Stites (Jones) Judges ? for
04 CV oc293 JMM – HLJ Judges ? *tem*

☐ Docket Number: 04 CV 00099 JMM – HLJ
2:10 CV 35 Davis v W. Holloway ADC EARK – Ct. lost Pk. Documents evid. etc

☐ Name of judge to whom case was assigned: Judge Deere $

☐ Disposition: (for example: Was the case dismissed? Was it appealed?
Is it still pending?) CANCER & Multible Health Problems & Non-meaningful med. helps to No med. help = very sick & crippeled.

☐ Approximate date of filing lawsuit: 2009 or 2010

☐ Approximate date of disposition: ? approx. 2010

IV. Place of present confinement: ADC ORU = Ouachita River Unit #-30 Hospice-Hotel

ADC, O.R.U. Hospital  P.O. Box 1630, 100 Walco Lane, Malvern, Ark. 72104-1630
Ph.# (501) 337-8071 = Extension 8084; ORU = Ph. (501) 467-3400
V. At the time of the alleged incident(s), were you:  Fax: (501) 467-3429
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

✓ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain:

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.
ADA exceptions, Dangers, & ADA Private Right of Action(s) & Laws - Dont have to wait until harmed (murdered) to seek relief!
Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓ No _____ But due to enormous totility of ADA & u.s. const. violations - many areas not yet written (just verbal) due to limited 3 griev.(s) a wk & only one comp AK.
Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? on most but : ① officials & med. staff maliciously impeded, distorted, withheld

Yes ✓ No _____ until untimely, refused to resolve or sign & refuse to process. ✓

If not, why? ② they requested I Waive several of the some of the grievances by Unkept promises of getting me "multible medical complications (combined), &, CANCER - TUMOR (very large & obstructing digestive track-Colon-CANCER & many Polyps) meaningful & adiquate ADA serious med. needs treatments & DIAGNOSES -(Colonoscopy - etc -) & med. scripts — & med. symptoms accomidations but did not & on some part --- not adiquate, unequal treatments of med. services & laws = Discriminations on ADA & Racial Disctimination on my mixes Native American Indian - Spanglish - Latino - Irish mixes & Misaproprations services, etc.—

— 3 —

Pg-4

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege <u>a number of related claims,</u> <u>number and set forth each claim in a separate paragraph.</u>  (Use as much space as you need. Attach extra sheets if necessary.)

I Mark R. Davis, (ADc 96353) declare under the penalty
I am placing my statements of
facts on a AFFIDAVIT attached Latter

2 cc
I/M
Files

of perjury = facts as state = I am a Native American
Indian — supposidly protected by the U.S. Assistant Attorny
General, U.S. Justice Dept.'s Fed. Attornies, F.B.I., Fed. u.s.
Marshales, Fed. Judges, Fed. Prosecutors for civil
Rights & criminal prosecutions (& per listed — as indicated
in U.S. Publication's office's Book's, Info: "Getting
Uncle Sam To Enforce Your Civil Rights", ADA Laws,
U.S. Const. Laws, & Crim. Laws; I'm a 1968 up Civil
Rights Advocate (approx. 2 mo.'s prior "Dr. M.L.K.'s" assasination by
Mofia & KKK = www. legacy of secrecy = com  ) 1968 who
"[I]" prevented a Violent Racial KKK - AАrians - Nozi skin Heads - large
Mob of ANGRY Knife (men) wheelers from lynching (in bathroom)
Ricky Johason (cooper) (3rd grade) first black student to [Emanate - Emigrate]
INTEGRATE  McRae school, Mt. Holley, Ark., between El Dorado, &
Magnolia, Ark., Deep South Ark., & approx. 7 miles from Lavisiana line;
I'm also Latino [spanglish] & Irish, A ADA Handicaped, A 1974
Vietnam War Era Veteran, All of which I was (for yr.s) heavily
persecuted for unto childhood — Youth & up P.T.S.D. & others !!!
yr.s Experencing how corrupt — evil racial hate (motso) - etc. —
this Ark. system = [unJustice System]ed totalitarians - renagades &
Anti- Fed. Laws (gov.) tyrannical [as KKK Terrorist] I again cannot

seep 4-1 ➞

Pg "4-1"

expect the Fed. Cr. (s) to render any justice (relief) to these ongoing & unlawful - gross violations to ADA(s) handicape(d) civ. Rights (& criminal) discriminations & racial discriminations by ADC (state) Ark.)), (PHP - CMS)- Corizon officials & Staff (as well as criminal cr's such as Racial Bias Brent Haltom KKK-mafia - per David & Harlis Camps, (T.J. Hively's - John Dan Kemp's etc.-) = murder for hired on me 1891-92 in ADC)) (no right to cr. ordered appeal from jury trial - etc.-)

but I need to try & so to once again show proof to U.S. Justice Dept. officials Washington, D.C. of how subversive this Ark. & Cr. Systems are such as no no right to appeal from cr. ordered appeal crim. trial (no transcript) etc. - Lafayette Co. Ark. Racist Brent Haltom & his KKK team & treats & coersion on cleburn co. KKK Flag displayers cr. yr.ds. & white co. & Washington, co. & Anti-Fed. Gov. Wendell Griffin efforts to get his fellow terrist Brent Haltom on Ark. Sup. Cr. approx. 2005-06-07 before being ousted himself & now reestablishist the tyrants into judges positions as in _____ v Bethel, -

I envoke the U.S. un Justice Dept. cr. jurisdiction (??? = I don't know since laws listings (well established) has no meaning or wt.)(!!!) for (at this time) a permanent - etc.- INJUNCTION to force ADC, St. Ark., & Corizon medical officials into ?!! compliance with well established ADA Handicap, u.s. const. civil rights laws, & crim. laws = civil & criminal Discriminations & towards serious medical needs = CANCER level3 & CHEMO - RADIATION - & SURGERY, Spine - Back Disks, Low Thyroid Syndrome = (L.T.S) various Arthritises - Bursitis - etc.-, Bronchial Asthma - Sinuses - Alergies & much more & discrimitively (repeated patterns ongoing) block from medical services in many ways (ADA Programs) maliciously!= = And how records, witnesses, & evidence (mitigating - accumual - tive patterns) proofs listed defendants others ATTEMPTED MURDERs on my person (that needs criminal prosecutions as well as civ.) & as: http://www.wrongfuldeathinstitute.com/links/prisonframe.htm - & as: Adolf Hitlers Final Solution - Death Camps - Consintration Camps & S.S. Death head Batt. = etc.- Similarities where Dr. Debra Clyde AKA Dr. Korvorkian = Dr. DEATH procured approx. 21 Deaths (Murders) O.R.U. alone from January 27th, 2012 to May 2012 = unprestisted compared to only 1800 inmates at ORU v. 50,000 t, at DOC(s) at other St.s  DOC(s) death rates, much less death rates.

But all these deaths & ADA - civ. R. Violations were also →→

pg-4-2

exasperated by many other unlawful-unconstit. violations such as Ark. Governor Mike Bebee, Ark. Att. Gen. Justin Daniels, et als-others allowing O.R.U. (ADC) medical unit to be opened up 2 to 6 months to early unprepaired & uncoordinated = lack of trained ADC officers & med. staff & shortage of ADC & med. Corizon staff & lack of medicat- ions & med. treatments (& per say Dr. Death ?!!)(& superiors liable!)

Note>> The ADA & civ. R. violations are not limited to the herein!

This Emergency Injuntive Relief is what is asked for at this time (only) inorder to try to save my life & futher serious harms & injuries.

Many of the other violations will have to wait due to Seriousness of CANCER (level 3) &(Chemo 1-3days)-Radiation & soon possible surgery — futher debilitating effects these of plus the other med. conditions EXASPERATing combined worsened effects & environmental (raw sewage -etc) conditions. These combined debilitations is more then enough reasons for a Cr. of Justice? to appoint an attorney to aid in the prosecution of these violations! SO (cr.) Appoint An Attorney to assist me & to continue the prosecutions when (soon) I become 100% unable to continue to prosecute this §1983 civ. & crim. actions. I have failed to obtain Pro-Bono-etc-lawyers!

HATE CRIMES & Main Violations, but not limited to =
                For Later
1.   ADC 4/u 1993 PHP med. staff — to Colonoscopy at Little Rock, Ark. South West Hospital (discovered) revealed 3 Polyps when I was experencing clasic CANCER symptoms but all ADC & Med. staffs PHP-CMS-Corizon refused to follow up & treat the 3 Polyps up to Dec. 14, 2011 = 19 yrs of malicious denial of med. care dispite MYRIADs of complaints & written & verbal requests. ADC & medical staffs solutions was to ↘

                        For Later
2.  "Pass the buck" = ship me to other units inorder to evade serious needed med. treatments (meeaningful -adiquate);

—4-2—      →    ⇒

pg # 4-3                    For Later

— this passing the buck = passing the problem = my med. serious needs off onto other ADC units officials & med. staff, (maliciously — intent & wanton to cause the futher injuries now clearly present (common sence Doctrin) lay-persons have easily recocnized the many & many times needs for medical care (s) ), in which each unit, ADC & med. staffs carried on the (as policy) custom (s) — practices of denying care & or meaningful med. care — Knowingly & maliciously & with 1991 to 2011 was maliciously "passed the Buck", transfered 20±±times which afforded numerous ADC & med. staffs the oppertunities to render adiquate & meaningful seriously needed med. care (s) but no care at all as needed to acknowledge posible CANCERous POLYPS or developing into deadly (serious) CANCER as has transpired as many yr.s feared (mental anguish)

3.    2005 to 2009 =4 yrs ADC T/u = Tucker Unit I steped up-many          For Later
Increased = times sought firs med helps for classic Cancer symptoms escalating but even Dr. Weson Shah's & Dr. ___ ms Shaphan's efforts were undermined repeatedly by oclaimed policyies & porticals by wardens Gill, Banks, Mj. s, Cpt's, Cobb & D.O.N. (s) ms Douglas LPN.s RN Denise Krablan, Infirmery Managers, ms. _____, ms. Fired Dr. Robert Recktel wall Asst warden fired, Walter Hallaway, Mj. Clarence Kelley warden Evans Lt. Cpt. Cobbs & Nurses committies despite actually (facts) (evid.) writing the (stomach colon) CANCER Posibilty by the 1993 (c/u) Polyps discovered. This led me to research & learn more about CANCER & other health problems Inordes to try to SURVIVE & self treat- (naturally) myself as much as posible (which included trafficing & trading — etc — violations of ADC rules & med. staffs PHP — CMS — Corizon's Policies & porticals.
    Laws dispicts I should not have had to self-treat (preventions) my self


4.                    For Leter
      ADC T/u 2009 passed (transfered) me the BUCK onto "E.A.R.U" = East Ark. Regnal Unit where symptoms (CAncer) continued to worsen & EXASPERATED by many deniels of seriously needed med. helps by DEFENDANTS = ① Juaneta Stell, ② Wendy Kelley, Dorthy Yarbrough, APN Marsybeth Floyd ⑤ Dr. Joe Hughs, Dr. Tunday, APN ms _____ Campbell, Dr. Don Ball fired, warden DANNY BURL Dexter Payne,          Nurse ms _____ BUTLER extremely Racist & hate ADA (3)= ms. Jeremy & Andrews, warden HARMON          Asst warden Outlaw, Ball, c— Clyde F. Brown — Disciplinary-toh heaf)          Nurse ms. Davis ignore med. scripts              — 4 - 3 —

Pg. 4 - 4

Those Charged are for this 1st Attempt on earls Premeditated [murder]

Nurse Ms. — Sims, Lowe, Wendy Kelley, J. Stell, D. Yarbrough, / Dr. Rowland Anderson

Nurse Mr. — (Loe, Nurse Ms. — Jones, Ms. — Horton, Asst. warden Dexter

Payne, warden Harmon, outlaw, Ball, Nurse Gains, APN Jette Douglas, Ms. — Harris, Sexton King Ext. Mgr.

No. First W.J. Clarence Kelley

Facts: Jan, 13, 2010 EARL Dr. Joe Hugh's Dr. call Nurse Butler =

(Hi Racist & hate ADA(s)) = Says I would be jacking off if Dr. Joe Hughs issued me a script for daily showers to wash (CANCER causes) soilings off for safty & hygiene reasons & prevented this need — Denied lie Detector Tests as requested on this Sexual Assault & ADA Discrimination as many other times she undermined (malicious intent) Dr.'s orders, & falsified documents. Nurse — Butler later retaliated due my griev.(s) on her & insited others (dangers) by lie(s) that "I said I was was hanging Nigers" after I answered Dr. Joe Hughs question inquiry about my Case (s). See begining of this statement claim on pg. 4 of what I said. The hate groups (Mobs) were attempting to (myrth) kill Ricky Johnson with knifs — not hang him & nothing was ever said about hanging nor NIGER until BUTLER Manufactured the lies inorder to maliciously retaliate on me for griev.ing her many ADA discriminations & civ. R. violations & falsifing Dr.'s orders & records & all with malicious & dangerous intent to inflict harm both by physical assaults & denial of serious (cancer & others) med care. Nurse Butler Undermined Dr. Don Balls consult (console) for Colonoscopy after a test revealed necessity. This under mining Dr.'s orders (conspiracies) were passed on (Passing The Buck again) Transferred → to

Mr. J. Andrews now husband to Mr. Flows ok'ed punitive Isolation 11 days in 100° + tempts violate no high heat exposure & after trys by co_____, &_____, sgt_____ to violate my no stass script as reason to kill me in heat.

5.    2011 match transferred Passed The Buck to ADC
     DRU = Delta Reginal Unit ADC & CMS — corizon staff futhered the fraud & conspiracies & attempted Pre-meditated MURDER on me when as a ongoing practice (24x7) [(policy)] common practice 24x7 & common custom 24x7 fraude-lantly denied existance of Dr. Don Ball colonoscopy Consult for me & only when advised of law suit & criminal prosecution & racial & ADA discriminations did ① later: Defendants: ①

Ms. — Holeman, Dr. Richard Plants, M.S. J. woods-records, Nurse Ms. — Dowson, APN Dr. Mr. — Hurbert, APN Dr. Mr. — Murrey, warden Mark Cashon, Asst. warden Ronald Gane, Nurse Spradlin, Dr. Rowland Anderson,

— 4 - 4 —                    →

pg-4-5    Jeff Attencie 3 shots at EARU
→shots at me +↓    warden
warden ____ HARMON, Danny Berl warden 25 shots at me

Nurse Ms. Gains EARU Fired

D.R.u, Delta Reg. Unit
continued :

6. Due to many grievᵃ(again + again) + sick calls requests for help to DIAGNOSE the obveous CANCER + stomach problems, + multible health problems meaningful med. treatments ᴬᴰᶜ D.R.U. officials again passed the BUCK by transfering me to ADC North Central Unit, Calico Rock, Ark. - "N.C.U", where officers wanted to Know why I was back at NCU 3rd time after other conflicts + with medical staffs.

7. I was immedeately taken to punitive isolation where excuses were for major disciplinary action is with my much ADA handicap "CANCER" etc- meds (+ (suplies =officer gave for my symptoms + multiple med. problems) used against me to find me guilty, + wher Sgt. Hartman, Sgt. ____ + CoII Jeremy Catret declared he was (racially + ADA hate crime on disabled targeted by KKK terrorist for destruction + retaliation on my legal books + legal materials civ. R. + ADA laws + Sights — they became hostil — intimidations — Sarcasim(s) — ridicule + declared they were going to burn + destroy my deceased Mom's photoes = Hate Crimes purposes inwhich I declared to Disciplinary judge it was like being at a Adolf Hitler's Death Camp — Consentration camp asking for my families life to be spared only to be thrown in the fisy furnise or gas chambers first. The Disciplinary + appeals were sent to FBI in Little Rock for justice but no response — No help enforcing my ADA + civ. Rights. NCU officials + inmates called ADA s Broke Dicks + useless trash —etc — !
Then classification committ. gave me 8hrs work duty in halls dispite 4hrs. duty in med. jacket + Cancer (Level 3) + many illnesses. Responsible: ① warden David White, ② Assist. Warden Eddie Silvea, Cpt. Ronald Gillihan, Cpt. Chad McGowan, David Brewer, cms-Corizon Benard Williams 2d chance to Murder me, Annie Rector, Dusty McFassian, Sgt. Norris, Lt. Pool, CoII Hicks, →

— 4 - 5 —

-4-6- NCU cont.    Dr. Machelle Bishop may have allowed some violations, !?

Randy Farretti, APN Denise Clifton (Jones) main Hate Crimes instrument, Sgt. ___ Foster, Nurse Luinsky, Nurse Hunt, COII ___ Till, Sgt. David Rush, et als, !

These are to be later (when able) included in suit & crim, charges.

These Klansman went so far as to deny my ANTI-RACIAL News Letter - "Turning The Tide" & use the highly offensive Racial Eptic Gig-A-Boo displays (postings)!

These Hate Crimes crowds also beat to death inmate Hensley vietnam war era vet. with last stages of alzimers after 2 days after his open heart surgery, & broke both legs of a spanish in school & where teacher mr. Wilson told a black inmate Cox he would hang him in his front yard or back yard

Diet For Cancer etc - still denied & NCU officials again pass the Buck again & transfer me to D.G.U. = Diagnostic Unit 12-21-2011 after I was diagnosed with Cancer of Colon (blocked off) Tumors on 12-14-2011 at Calico Rock, Ask. Hospital by Ozark surgical Team Dr. Dickenson, 901 Burnett Drive, Mt. Home, Ask. 72519

7.    This is where the Emergency Injunction (requested) presently starts at abc D.G.U. Diagnostic Unit 12-21-2011 wed. approx. 8:30 PM Dr. Debra Clyde AKA Dr. Death - Dr. Korvorkian interviewed me & disclosed my Cancers & Benign Polyps & lymphi nodes dont know how many & dont know if they spread = Bedelo Madino ma & Adeno Carcinomoa. Dr. Clyde went into extensive details of the horrors I should prepare for with Cancer, Radiation 30 treats scheduled & then Chemo therapy treats & then Surgery. I will be shitting & pissing on my self due side effects & vomiting puking & weak emune & suceptible to infections & diseases & expect to lose lots of weight, & be nausia & sick & about a 50% -50% chance to survive & that Team work required. Many other side adverse effects should also be prepared for. BUT = Dr. Clyde flip-flopped & kept asking "derogitively" if I would waive my rights to Cancer treatments over over →

-4-6-

pg. 4-7-

<u>D.5.u, Cont.</u>       Now Date 05-06-12 Sun, still trying to draft,

when I asked Dr. (Death) Clyde why should I waive rights to Cancer treatments she futher explained = "D6u will soon be moving to ORU & it will take a horrible toil on me & it will be a hr. drive each way back & forth & I will be weak, sick, vomiting, shitting on myself & having to sit in it back & forth to ACI = Ark. Cancer Institute Pine Bluff, Ark, & I will be sitting in my urin & vomit in the transport vans for hours at a time & the roads are extremely rough & will make me sicker & I will feel like I <u>want to be dead</u>".! I declared I've suffered all these yr.s with these pains & Cancer due med. staffs declaring all tests showed negitive! Dr. Clyde said that those tests used are <u>UNRELIABLE</u>! I asked why they used them ---& she said their <u>cheep</u>! I said it's causing lots of deaths & horrific sufferings & torture(s)! Again Dr. Clyde (Death) asked me if I would waive my right to med. cancer treatments & let Cancer take its course to to all that I will be going through --- to weigh the differences & she declared I would receive Morfine Patches - etc until I died from Cancer. Not: I have not received any adequate pain meds. other than rarely 600 mg Ibuprophen! as retaliations on me for writing ~~ grievances about these insidents of Dr. Koruosklan – "Dr. Deaths" attempts                                    Dr. Clyde agressive attempts to cause my suicide by terror death by Cancer. I kept saying no --& that I want to take my chances for survival by Cancer treatments & Surgery. Dr. Clyde became irritable & seemed angry which caused me to worry & stress --- would they maliciously try to <u>kill me</u> --- to save more monies ?!! ---

8.    I was removed from D6U Hospital afterwards on 02-23-2011 to D6U <u>2-Bks</u> population ~ "retaliation for not agreeing to die by Cancer & no Cancer treatments. A month delay to treatments - precious life saving time wasted.

9.    Delayed Cancer Treatments : 01-10-2012 (Tue.) Dr. Joseph T. Pederson "Radiation oncology Med. Director "Radioligest "etc" at ACI = Ark. Cancer Institute Pine Bluff, Ark. interview (Ph. 870-575-0695) www. Arkansas cancer institute . com . about treatments start 1-18-12 & →

11 days delay   A month delay 4 — 7 —
13/29

DEV. Copy        05-06-12 Drafting Copy

-4-8-

prescribed a skin lotion, & discussed diet(s), & other info: I was not allowed to write down due no pen & paper allowed during transfers.

10.  01-10-2012 (approx. 4PM) Dr. D. Clyde (death) aka D.C.U. interv-iewed me for the second time & demanded to know what Dr. J. Pederson of ACI disclosed to me. When I disclosed the order of skin cream & certain foods & preperations of foods DIETs -- Dr. (Death)(outraged) Clyde declared she did not care what ACI Dr.s presc-ibed or recomended she was not going to honor it & hasn't until this date 05-06-12 (sun) 9:30PM & which caused (great) severe pain & sufferings daily & nightly 24 x 7 with both radiation skin burns & improper foods causing severe body curling up pain in stomach & colon & hostific sufferings maliciously with the very intent to torture me & piece by piece — bit by bit Exasperate & stress my Cancer & multible severe illnesses unto (death) Murder is accomplished.  I also asked for spine & back MRI & renew my double mattress & other scripts & Dr. D. Clyde again became outraged & declared she has no intension of making it [Comfortable] for me !!! Clearly proof by words of malicious intent to cause Further harm (& Torture) & risk to my safety & health. Dr. D. Clyde would even go out of the way to stop (block) APN Wade Simmons from having the spine-Back Disks MRI done for extent of detereation & paralises dangers per say T/e 2006-07 Dr. Wesson Shah. Dr. D. Clyde further maliciously intent(s) to allow Cancer detereation (& LTS-etc) by repeatedly denying my requested (Vitamins) & ENSURE (as other units staffs did) that has Cancer Institutes & Health Depts recomended Cancer Fighting Nutriants (Vits) & help to keep a stronger EMUNE system to fight off illnesses & infections in which Dr. D. Clyde, et als feel free to ignore the proofs presented to them [nursing notes] repeatedly. (see futher over also in pleadings statements for even more malicious acts to procure my DEATH (Murder) & pain & sufferings by withholding life saving minerals — etc.—.) Dr. D. Clyde did not consult defendant dietsiteon Debra Golden (wife of Assist warden Golden OR u DCU) defendant Dr. D. Clyde began (01-10-12 interview continued) to resort to foul expressions of my being infecus, urin, vomit & →

— 4 - 8 —

stop 05-06-11 Sun.

#-9

Sinus infection (attack me) Exasperated by floor buffing ORU H-Bks by my our Rks (cubicals) -- the only ADC (ORU) unit Bks to utilize such unhealthy practices on ADA sick & weak Hospice care (inmates) (me) that sends Toxins — Particals into Air & settles on Rks=beds & living area, to futher maliciously — common sense doctrin — reasonable person know & as judicial Noticeable; dangers & devastates ADA esp. respiratery complications I have a 54 yr. history of (all my life) = & is about to escalate into ① = INFLUENZA = Again ② Pneumonia=Again ③ Cold or Flue Again = & on heals of soon =??? Surgery & Chemotherapy = (Dangers)! & cant get all meds & Diet hi-Pro - & nor eat-able foods that Cancer problems can tolerate = & Proofs of Weak Emune system as direct results. Emergency Injunction & Restraining order & Declaratory Injunction greatly Needed to Save my (our) lives from such ordered (J. Andrews & wardens & Med. staffs) hazards Pollutants— Toxins — in Air & Rk. areas by floor buffing with machines = the only Bks in ADC med. to do such deadly practice. The Sinus Infection(s) highly contagious has spread like Wild-fire in these overcrowded cubicals & Bks(s)

And I (we) cant get timely if any ⟦NO Sick Call⟧ nor Dr. appointment(s) = (on person) making it even more dangerous & evidence of mitigating evidences of malicious intents to procure death & or harm & futher harm (sufferings) (mental anguish) to my (our) health & safty --- greatly jeopardized for emergency Injunction & restraining orders & Criminal (Grand Jury) Indictments for attempted MURDER (s)(s)(s) (ongoing - conspiracies - etc) !!!

# 10     cont.

have to sit in my mess on long trips (rough roads) from ORU Malvern Ark. ADC unit to Pine Bluff, Ark, A.C.I. & repeatedly (& 1993 +p) denied needed DIETS to accomidate CANCER symptoms = all done in Pre-Mediated malicious efforts, intimidations, baggerings, ridicule, etc. — to get me to waive

— 4-9 —    ⟶

-4-11-

waive my right to life saving cancer treatments; [so to die in cancer Horrors] & Dr. Debra Clyde (Death - Korvorkian) could claim an-ather belt notch (life) victory --- & did scheme consp, by fraud with J. Stell, Amy West, et els to deny me cancer treat. Chemo & has now (again) maliciously devised ↴

11, yet another long delay (79 days delay) in 05-12-12 Sat. aranging any cancer med. help treatments, or surgery to date 05-12-2012 (Sat.) after 3rd malicoes conspired (by frauds) scheme(s) to (abolish) eliminate (H costly) cancer treatments (stoped) = plus many other indirect schemes to cause cancer treatments to fail so to procure our death (Murder) by (consp.) ① keeping me awake all hrs of nights & days (see herein) by legal mail & holding cell & prepait for transfer 11:30 PM — to 3 AM to wait to leave at 7 AM (ORY) & legal Mail grieu.(s) & Acknowlege-ments delivery --- from 11 PM to 4 AM all hrs of night = harass & discourge (intimidate) ADA (me) from filing grievence(s) -seeking ADA & civ. Rights & better unconst, horror conditions (& attempted Murder) & RETALIATIONS purposes === slowly but consistantly chipping away my entire system unto death or horrific futher sufferings = [TORTURE(s)] = clearly listed in various H&Hs & cancer info books. recomendat-ions to survive cancer & devestating treatments & surgery. The whole ORU (ADC med, unit is designed to kill ADA handicaped inmates, as was Adolf Hitler's Nozi's (& communist) DEATH (consentration) CAMPS = Hitler's final solution &

Dr.  ___  Mr. McKinney (defendant) has clearly & substite temporary Dr. ORU proven his (approvals) desire to join these herein conspiracies & ADA & civ. R. violatdens & As ADC cms-cotizon waiting until ADA inmates are at verge of death (or dead) to send to Hospitals L.R. & then blame the Dr. (s) at L.R. Hospitals, for the inmates death (s) ADC caused. (magarra) Mac walker = Dr. — Beltrain, St. Vincent Hosp. L.R, Ark, per-Say & News reports — etc. —
— 4-11 — & Pg 10

pg 4-12 AGAIN
sick on it has long trips back & forth from ORU to ACI in Pine Bluff Ark, & the pain & suffering horrors I will have to endure & kept (again & again) asking me to waive Cancer treatments! I kept rejecting Dr. D. Clyde, et als, desires - requests to Kill me (Murder me). Dr. D. Clyde resorted to intimidation(s), sarcasim(s), badgering(s), ridicule, mockery, & talking to me like a child on demanding everything Dr. J. Pederson discussed with me at ACI & accused me of not cooperating & not work as a team when just the opposite is true due Dr. Clyde's agressive efforts to get me to waive my rights to Cancer treatments & die (Murder) 6x cancer on good pain drugs Morfine-etc-- . This is only a few reasons I want Murder Charges brought on Dr. Debra Clyde, & on, et als, ORU who later schemed the denials of Cancer treatments --- see futher herein. ⟶

I became angry & got up to leave without futher talk to D. Clyde (hate crimes on ADA) & I became very stressed & worried (again) in great fear that Dr. Debra Clyde & her coleages, et als, defendants might futher scheme to Murder me ---& became very true & materialized did materialize at ORU ---(later in pleadings). The proper diet(s) also with held & to this day 5-6-12. APN Wade Simmons was also blocked from renewing my double mattress script & the MRI follow-up.
Violations not limited to the above & below. Pollutants in Air
12  kept awake - etc. - denied proper Diet & Foods - etc. -  H-Bks - etc

12      Due to ²Holidays ADC Transportation did not take 0.6u ADC (not made up) me to my Cancer Radiation treatments twice in which great importance is enfacised on not missing any treatments inorder to sur̄vive Cancer = (jeopardizing my safety & health by allowing Cancer cells to spread & grow). These appointments were never made up! & were futher agrivated later by conspiracy schemes -1= of now = Start Litigate Again 05-12-12 (Sat), - is 79 days without any CANCER Treatments = allow Cancer to spread (& escalate/accelerate) pre-meditated scheme to Murder By Deny Medical CARE -Treat's!

I'm very sick & now futher diseased (contagious) infection of Sinuses & lungs & Bronchial Asthma - etc - & -4-12- No inhailer or ⟶ CTMS.

(left margin, rotated) My greater fears materialized 05-06-12 sun. to date 5-12-12 sat. of contact BKs & cubicals & environment in overcrowded Flu-etc. in disease severe sinus infection - air & by floor buffings of Re. area - shit up pollutants in hazards -Toxins-lγ Pollutants in air

4-13

Sinus Infection -& Lungs - Fears Materialized = overcrowding = & inflicted by Air Pollutents Floor buffing w/machines & inflicted by **Maliciously** weakening my (ours) emene Systems = Wantonly & deliberately = Pre-Meditated as ORU AOC designed to kill ADA handicaped.

                    Date                    Grievance Dated 05-12-12

05-12-12 (Set,) I'm giving ORU defendants **another** (**written** (Grieu,) NOTICE due Retaliation(s) (Transfer(s) -hgross- etc) For this **law suit** & Grievances (Notices) For No Excuse (s) For their futher RETALIATIONS on (ADA) (me) For exercising my ADA & Const, Rights !
Their Hate Crimes -disscimi nations on Race & ADA !
Extreme Mental Anguish & Fear For my life & health!
                    cancer spreads, →→ 99 days denied Cancer treat,
Date 05-12-12                                    cancer - etc
→ My physical (medical) limitations want permit me to complete this law suit . Got to get
                                        attempted
emergency injunction, murder charges, restrain order-etc
Severe
Sinus     on all defendants. Mentally & medically exhausted —
Infection  →warn down — tired — weak — sick Flu-Influenza
                                                                        Bracial-Asthma

Main
Violations
13, Schemes- violations  ORU - defendents —
        Futher crim, crime & civil -ADA & const, Rights.
    In light of Dr. D. Clyde (& others) acknowledged (& advice by intimidations -sarcasims- etc,) (Priorly) (as dated) of how severe (bad) & debilitating the long trips back & forth from O.R.U. to Act on rough roads 2 hrs, plus lay-overs & other runs while I sit in van in my fecal matter, urin, vomit & feel like dieing ——— defendents, Dr. Debra Clyde, Juanetta Stell, Ms. ____ Lockhart, (____ House?), AMY WEST=APN DON ORU Hospital AOC, M. Floyd, Teresia Farrial, Nurse Ms. ____ Height, 3 ORU wardens= Redd, D. Golden, Jeremy Andrews, et als all had me making

— 4 - 13 —

-4-14-     transfering to ACI (P.B., Ask) (1 hr. one way)
on bad roads rough & in rough ride Van(s) dispite
A.C.I. Rediation treat, crew, "Ms. Sherri, Ms. Christie,
Dr. J. Pederson, & Chemo Crew or Teamm", & ADC witnesses
Transportation officers Sgt. B. Earnisty, Officers, Sgt. J. Carl, etc—
written & verbally dislosing to ORU med. staffs & Schedulars
defendants that my Radiation treatments are over
ended — 02-22-2012 (wed.) & CHEMO 1st 3days
regiment ends=(Fri.)02-24-2012 & that next
CHEMO treat. would be 3 wks later on a
Wed., March 14th, 2012 & would be repeated
in this order every 3 wks on Wed.(s), Thurs,
Fri. wear black box Chemo injections & Chemo
black box be taken off each Fri. after 3 days
up. Defendant Dr. ___ "Mr. Atiq also conspir. w. D. Clyde, etals
& say schedule changed but not on the Mon. dry run
their consp. murder scheme had a bad flow ↲ of ↲
Sgt. Jenifer Carl (& Sgt. "Mr. ___ "(reck at L.R. Hospital that wk.))
(witness) tranportation officers Gate Pass Monday 03-05-2012
to Non-Appointment at ACI (P.B., Ask) Dry-Run of no
purpose & one wk. early of (3 wks apart chemo) scheduled
Chemo treat. appointment to be on March 14th 2012
wed. Again Sgt's & I & Chemo & Radiation
teamm ACE again advised ORU schedular Ms. ___
Lockhart (defendants & ___) & med. staff(s) Dr.
D. Clyde, Nurse Height, Juanette Stell, Amy West, others,
John & Jane Doe (s), that this was a unnecessary
un-scheduled med. Dr. Appointment (not exist) med. run —
wasted trip — wasted my health ——— perfect schemed
timeing maliciously -pre-meditated scheme; & a
fraudulent bogus-consp. scheme designed specificly to
defraud me out of Cancer's life saving treatments =
equals pre-meditated attempted murder ongoingly
consp. scheme of yet another bogus (alleged was a
Chemo treat.) the next day 03-06-12 Tue.
(A wk. to soon as advised) →

— 4-14 —

4-15

in which witness(es) Sgt. Buds Easristx, Sgt. Owens, ADC Transportation officers
Sgt. _____ knew of the dry med. run (bogus run)
03-05-12 (Mon.) (the day before) & what ACI staff
had disclosed to us (& ORU med.) of every 3 wks
Chemo treat.(s) & Nurse Teresia Ferrial ORU defendant
Hospital (against my objections) would not allow
me to fill out the Waiver form & she
did not write what Sgt. Easristx & I said to
of I was not waiving right to Chemo
treat.s but only the dry med. run. s of
no purposez (& waste Tax payers & Monies) &
waste my (emune) health. = she wrote, "No more eye glasses",
I waive unnecessary (transfers) runs. Defendants
in this consp. (Murder Plot) fraudulanthx claim it states I dont
want Cancer treat.(s) dispite T. Ferrial claims she specificly
told them of dry run & that's all I waived
so to save my health for when Chemo was to
be scheduled each wed. 3 wks entravals as
specificly written & disclosed to us (me). (Perfect scheme accomplished)

14. When time passed for my Chemo (as scheduled) March
14th 2012 (wed.) I began inquiring as to why no
Chemo & Nurses disclosed Freud that I had waived
my right to Cancer treat.(s) (lies & fraud - conspired)
so I complainted it as such & T. Ferrial said on
7 times occassions she would give me witness
statement that I did not weive Right to
Chemo treat, & that she told J. Stell & others
the same but Murder schemers rejected her
alleged advise(s) disclosures & mine & Sgt(s) &
ACI (s) staffs so to make sure Murder-Plot
(worked) succeeded against me as first devised
by Dr. D. Clyde ADC DGU, Dec. 21, 2011 & again 01-10-12 DGU
& ADC-CMS-carizon would save $ money.

4-15

4-16

T. Ferrial 05-12-12 H BKs 7:10 PM said she had to give the (her) statement (of a) about the waives to her boss D.O.N. APN Amy **West** who turned it over to security while still claiming (continuing) to claim the right to Chemo was waived & as sgts contine to claim on transfer sgt. Quick.

oop. Amy **West** was one (of) to (plot) conspire & tell schedulass Ms. ____ Lockhart & Ms. ____ House I had waived right to cancer treat, (s) even though ↓ ↓ ↓ ↓

15.   03-15-2012 (Thurs), (3:15 pm approx) Intake or Infirm, in med. runs Schedular's office (Ms. Clarks old office) Ms. ____ **Lockhart** & Ms. ____ **House** (in training) were advised by me of scheme by Dr. D. Clyde attempted murder & I had only waived dry med. runs toiling on my health (known) & both claim they were advised (told) I had waived cancer treat, Chemo & I said I am not on a suicide mission nor going to allow to be murdered & explained situation then asked them who told them I had waived right to cancer treat, (s) & both refused to disclose to me who it was & again said they could not (say) disclose to me that person's' NAME! & WHY?!! cover up for one another's' evils & lawless" murderous actions! None of Defendants & nor nurses nor officers dare to tell me who it was that fraudulantly schemed this plot but ↓

16.   04-19-2012 Thurs,   10:15 AM H-Bks (visits) all this info. & Dr. Atie (ACC) I disclosed to Wendy **Kelley** angry & say he cant make (ADC)—them bring me to chemo treat(s) but he allow others to miss & start (their)(chemo) back up on chemo = Hate crime on me—unequal treat, & scheme with Dr. D. Clyde—et also to murder me. Kelley declared Dr. D. Clyde had nothing to do with this, & she would check into it—but no results, **79** days as of 05-02-12 Sat, & noother cancer treat(s) dispite known cancer can spread & kill.

→

pg
4-17  17 .  04-23-2012  Mon,  ORU Hospital  about
7pm  Dr. D. Clydes last day of work at ORU &
went to ADC w/u temporaraly & Dr. McKinny came to ORU
from w/u temporaraly.

Dr. D. Clyde (Death)(Korvosk) again tried to get me
to cooperate with "THEM" (Murder Plot) & do as
they wanted = (stop cancer treat (s)) & declared I had
waived my rights to cancer treat, (s) = "( I should
give up & die by cancer)" "instead of" now =
any surgery - etc,

18  Defendants continued to withhold
basics & automatic issue of ENSURE per say
Dr. __ McKinny  to cancer patients 04-28-12 (sat.)
per nurse Ms, Armister who got Ensure reastablished
after Dr. Death & A. West, J. Stell, other nurses over
& over kept denying it to me due to costs &
19 & withhold proper food s diet & H & S snacks
5 to 6 meals daily & food I can tolerate
withheld (denied) continuously (ongoing) = stead-
ily chipping away remaining health (famine) is
part of reason I'm now down with serious
sinus infection - Flu- influence - Bronchial Astuma
20 & not allowed sick call  nor Dr. call nor
Chronic Care dispite obvious to lay-persons &
nurses.  Retaliations - transfers = Common practice (policy).

21 .  Deny Room by toilet but rooms issued to
healthy inmates that dont file grievances

22,  Denied wheelchair & walker w. wheels to help
prevent falls but issued to other cancer patients

24,  Denied scripts mutts other get & other

25,  Deny double H & S snack contempt for cancer
treat, info; & contempt for my script for
2 sandwiches for  5 to 6 meals a day,

26. much other violations unable to litigate at this
time.  see relief asked for ➔➔  Mark R ___ 86353
·05-12-2012·

- 4 -17 -

Pg-5-

VIII.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. start: 05-12-2012 sat, & bed sick -infection* Flu

1.   Appoint an attorny to represent my case.

2.   Grant a [Emergency INJUNCTION] [Emergency & restraining order] against defendants to force their compliance to ADA & U.S. Const. Rights - & to prevent more attempts see Attached → pgs 5-1 - P.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Finished
Executed on this 13th day of May, 20 12.

A original copy of herein placed into ORU ADC Mail System to U.S. Dist. Ct. W. Ark. on this 13 day of May 2012. Finished.

And to:

Mark R. Davis #076353

Mark R. Davis
Signature(s) of plaintiff(s)

ADC
ORU = Ouechita River Unit Bk H-30
P.O. Box 1630
Malvern, Ark. 72104-1630

County of Hot Springs}
Arkansas

Subscribed & sworn to before me on this _____ day of _____, 20 ___.

Notery Public

Denied-
Refused

My Commission Expires: _____

Revised 03/19/09

-5-1-

Relief — Cont.

to murder me & torture — sufferings

3.   Allow criminal charges on defendants responsible for the many acts (deliberately) of attempted Murder on my life esp. Dr. D. Clyde & Amy West & J. Stell.

4.   cr. order force compliance to ADA laws & u.s. civ. Rights (Const. Rights) of equal treatment(s) (Racial Discriminations) to medical treatments symptoms calls for & as afforded others similar situated & cancer victims

5.   In case of futher disabilitys (failing health or death) & due (soon(?) surgery!) & possible chemo? — — — & my inability to litigate any futher to prosecute this law suit & criminal charges — — —
   1 — 5 . = Allow cr. attorney to help
   2 — 5 . = (Posibly) allow leave of stay until I might recouperate
   3 — 5 . = (Posibly) Allow any 3 sisters to take up this law suit as power of Attorny of my Estate to them

6.   Injunction to force timely & meaningful med. care to all my Chronic Cares & Cancer & immediate Cancer treatments

7.   Allow later on (when I'm able) for damages & & punitive & damages & & damages for tortures mental anguish to be filed with this cr. & for cr. to retain jurisdiction on this case for those purposes but for now — only cr. Injunction emergency & restraining order is asked for & others to be filed

8.   Be leneate due disabilities (ADA) — failing health & possibly wait on any amended complaint & correcting many other u.s. consti ADA violations !

9.   violations & Reliefs Not limited to herein !

Mark R. ____ 96353
05 — 12 — 2012

— 5 — 1 —

Mark R. Davis #096353
O. R. u. H-30 Hospice Hotel
P.O. Box 1630
Malvern, Ark.
72104-1630

Sherry

U.S.

O

LEGAL MAIL