IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MARK R. DAVIS                                                                                   PLAINTIFF

vs.                                      Civil No. 6:12-cv-6070

DR. DEBRA CLYDE, ET AL.                                                              DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed August 26, 2013, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 14.  Judge Marschewski recommends that the above-styled case be dismissed with prejudice for failure to prosecute and failure to follow a court order.  The parties have not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*.  Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 16th day of September, 2013.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District